UNITED STATES DISTRICT COURT
for
Arizona

Petition for Warrant to Revoke Supervised Release

☒ FILED  ☐ LODGED
**Oct 08 2025**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| | | | |
|---|---|---|---|
| Name of Offender: | **Terry Lee King, Sr** | Case No.: | **CR-22-00725-020-PHX-DLR** |
| Name of Judicial Officer: | **The Honorable Douglas L. Rayes** <br> **Senior United States District Judge** | | EDCA CASE NO.:5:25-mj-00089 -CDB <br><br> T-SEALED |
| Date of Original Sentence: | **12/19/2024** | | |
| Original Offense: | **Count 1: Conspiracy to Possess with Intent to Distribute Cocaine21, U.S.C. §846 §841(a)(1) and §841(b)(1)(C), a Class C Felony, as charged in a lesser included offense of Count 1 of the Indictment; Title 18, U.S.C. §922(g)(1) and 924(a)(2), Felon in Possession of a Firearm, a Class C Felony offense, as charged in Count 70 of the Indictment.** | | |
| Original Sentence: | **Time served (910 days) Bureau of Prisons, 36 months supervised release** | | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: | **12/19/2024** |
| | | Date Supervision Expires: | **12/18/2027** |
| Assistant U.S. Attorney: | **Joseph Franklin Bozdech** <br> **602-514-7751** | Defense Attorney: | **Mark Jeffrey Andersen** <br> **480-800-9254** |

Petitioning the Court to issue a Warrant to Revoke Supervised Release

The probation officer alleges Terry Lee King, Sr has violated the following condition(s) of supervision:

| <u>Allegation</u> | <u>Nature of Noncompliance</u> |
|---|---|
| A | **Mandatory Condition #1** which states, "*You must not commit another federal, state or local crime.*" <br><br> On October 5, 2025, King committed the offense of Corporal Injury to a Spouse or Cohabitant, a Felony offense in violation of California Penal Code §273.5(a). This is evidenced by Tehachapi Police Department Report No. 25-10-1069. Grade B violation. §7B1.1(a)(2) |
| B | **Mandatory Condition #3** which states, "*You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one* |

*drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.*"

On or about June 5, 2025, King used an illicit controlled substance, to wit: cannabinoids and cocaine. On June 6, 2025, King admitted to the probation officer he ingested a tetrahydrocannabinol (THC) edible about a month ago. Available evidence includes a U.S. Probation and Pretrial Services, District of New Mexico, Laboratory Confirmation Report No. R2839360 dated June 11, 2025, and testimony by the probation officer. Grade C violation. §7B1.1(a)(3)

C **Standard Condition #3** which states, "*You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.*"

On October 5, 2025, King knowingly left the federal judicial District of Arizona without first getting permission from the court or the probation officer. King was arrested for felony domestic violence, Corporal Injury to a Spouse or Cohabitant, in Tehachapi, California. This is evidenced by Tehachapi Police Department Report No. 25-10-1069 and testimony by the probation officer. Grade C violation. §7B1.1(a)(3)

**U.S. Probation Officer Recommendation and Justification**

Terry Lee King, Sr has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as Terry Lee King, Sr's whereabouts are unknown, he is alleged to have committed a crime of violence and poses a risk for committing future violent crime, and he will likely not appear on a summons.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_____    10/6/2025
Eduardo Avila                  Date
U.S. Probation Officer
Office:  602-682-4308
Cell:  480-798-8022

_____    10/7/2025
/for/ Cory P. Clever           Date
Supervisory U.S. Probation Officer
Office:  602-322-7413
Cell:  928-607-0126

The Court Orders

☐   No Action
☒   The Issuance of a Warrant
☐   The Issuance of a Summons
☐   Other

_____    10/8/2025
The Honorable Douglas L. Rayes  Date
Senior United States District Judge

cc: Prob